UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*,

        Plaintiffs,

-v-

ADVANCED CONSTRUCTION
EQUIPMENT CORP., *et al.*,

        Defendants.

19-CV-4664 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Defendants' time to answer expired on February 11, 2020. (Dkt. No. 18.) And there has been no communication with the Court since January 7, 2020.

  Accordingly, if Defendants fail to answer or otherwise respond to the complaint on or before March 24, 2020, Defendants may be considered in default.

  SO ORDERED.

Dated: March 10, 2020
    New York, New York

                    _____
                      J. PAUL OETKEN
                     United States District Judge