UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*,

                    Plaintiffs,

-v-

ADVANCED CONSTRUCTION
EQUIPMENT CORP., *et al.*,

                    Defendants.

19-CV-4664 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendants' time to answer expired on April 22, 2020. (Dkt. No. 21.) While Defendant Liberty Mutual Insurance Company was dismissed as a party to this case on April 30, 2020 (Dkt. No. 23), there has been no further communication with the Court.

    Accordingly, if Defendant Advanced Construction Equipment Corp. fails to answer or otherwise respond to the complaint on or before June 3, 2020, it may be considered in default.

    SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge