UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*,

                              Plaintiffs,

          -v-

ADVANCED CONSTRUCTION
EQUIPMENT CORP., *et al.*,

                              Defendants.

19-CV-4664 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      Defendant Advanced Construction Equipment Corp.'s time to answer expired on April 22, 2020.  (Dkt. No. 21.)  On May 20, 2020, this Court warned Advanced Construction Equipment Corp. that it may be considered in default if it did not file an answer to the complaint by June 3, 2020.  (Dkt. No. 24.)  Despite this warning, Advanced Construction Equipment Corp. has still not filed an answer.  There has been no further communication with this Court.

      Accordingly, Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendant Advanced Construction Equipment Corp. or its counsel regarding a response to the complaint.

If Plaintiffs fail by July 1, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

SO ORDERED.

Dated: June 17, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge