UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*,

       Plaintiffs,

-v-

ADVANCED CONSTRUCTION
EQUIPMENT CORP., *et al.*,

       Defendants.

19-CV-4664 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have settled this case, and all that is remaining is formal approval from Plaintiffs' Board of Trustees.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: June 17, 2020
   New York, New York

                _____
                  J. PAUL OETKEN
                  United States District Judge